UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-cv-00228 JWH (ADS) Date: November 5, 2026

Title: *CK Franchising, Inc. v. Central Valley Care, Inc., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AND SANCTIONS**

On November 4, 2026, a Pre-Settlement Telephonic Conference was scheduled on November 5, 2026 at 2:00 p.m. ("Tele Conference"). (Dkt. No. 64.) Defendants failed to appear. Defendants did not provide an explanation for their absence.

The Tele Conference is continued to November 6, 2026 at 2:00 p.m. (Dkt. No. 67.) Defendants are **ORDERED TO SHOW CAUSE** at the upcoming Tele Conference why they should not be sanctioned for their failure to appear at the initial Tele Conference.

**Defendants are expressly warned that failure to attend the Tele Conference call continued to November 6, 2026 at 2:00 p.m. may result in sanctions**.

**IT IS SO ORDERED.**

Initials of Clerk kh